UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mary Maxwell

    v.

                                   Case No. 26-cv-161-JL-AJ

President of the United
States of America


ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 19, 2026.

_____
Joseph N. Laplante
United States District Judge

Date: April 23, 2026


cc:  Mary Maxwell, pro se
      Bridget Davidson